# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHAD LAMONT TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-768

[July 15, 2020]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502008CF010286AXXXMB.

Deana K. Marshall of the Law Office of Deana K. Marshall, P.A., Riverview, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Sims v. State*, 286 So. 3d 292, 293 (Fla. 4th DCA 2019), *rev. denied*, SC19-2065, 2020 WL 1899575 (Fla. Apr. 16, 2020).

WARNER, GERBER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***